IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JACOB WASHINGTON, ) | |
| ) | |
| Petitioner ) | |
| vs. ) | |
| ) | Case No. 23-CV-1456-DWD |
| JOSEPH ORTIZ, ) | |
| ) | |
| Respondent ) | |
| ) | |

## NOTICE OF IMPENDING DISMISSAL

**DUGAN, District Judge:**

This case was opened on April 28, 2023, without the payment of a filing fee or the filing of a Motion for Leave to Proceed in District Court Without Prepaying Fees or Costs ("IFP Motion"). On that same date, Petitioner was sent a Notice from the Clerk's Office advising him of his obligation to pay the filing fee of $5.00 or to file an IFP Motion within thirty (30) days. (Doc. 3). He was warned that failure to do so could result in dismissal of the action and was provided with a blank IFP Motion. *Id*. To date, Petitioner has not filed for IFP or paid the $5.00 filing fee. Petitioner will be given one last opportunity to pursue this case – an additional fourteen (14) days to pay his filing fee or submit a properly completed IFP application. This case will be dismissed if Petitioner fails to comply with this Order. See FED. R. CIV. P. 41(b).

Accordingly, Petitioner is **ORDERED** to provide the Court with the $5.00 filing fee or a properly completed IFP Motion on or before August 16, 2023. If he files an IFP Motion, the Court will then review his trust fund account statement for the 6-month

period immediately preceding the filing of this action. This information should be mailed to the Clerk of Court at the following address:

> United States District Court – Southern District of Illinois, 750 Missouri Avenue, East St. Louis, Illinois 62201.

The Clerk is **DIRECTED** to send Petitioner an additional copy of the form IFP Motion. Petitioner is also **ADVISED** of his continuing obligation to keep the Clerk and each opposing party informed of any change in his address. The Court will not independently investigate his whereabouts. This shall be done in writing and not later than 7 days after a transfer or other change in address occurs. Failure to comply with this Order will result in dismissal of this action for want of prosecution and/or for failure to comply with a court order under Federal Rule of Civil Procedure 41(b).

**SO ORDERED.**

Dated: August 2, 2023

s/ *David W. Dugan*  
DAVID W. DUGAN  
United States District Judge